No. 00–7120.  WILKINS v. FRIES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7122.  POWELL v. CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–7130.  MANUEL VASQUEZ v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 00–7232.  GEORGE v. HAWAII ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–7261.  ZAMARRIPA v. BUSALAKI ET AL.  C. A. 8th Cir. Certiorari denied.

No. 00–7283.  CHILDS v. DANZIG, SECRETARY OF THE NAVY. C. A. 3d Cir.  Certiorari denied.

No. 00–7314.  GANGALE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 00–7358.  HARRIS v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 00–7369.  EDGAR v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–7380.  ENGLISH v. OHIO.  Ct. App. Ohio, Lorain County. Certiorari denied.

No. 00–7386.  QUANG LY TRAN v. KONTEH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–7414.  HENSON v. BROMFIELD ET AL.  C. A. 4th Cir. Certiorari denied.

No. 00–7421.  HARVEY v. ROTH.  C. A. 7th Cir.  Certiorari denied.

No. 00–7432.  REYES-PLATERO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7488.  BLAKENEY v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.